The judgment is reversed, and the cause remanded.

DAVIDSON, J., absent.

━━━━

BACON v. STATE.

(Court of Criminal Appeals of Texas. Dec. 23, 1913.)

CRIMINAL LAW (§ 1076*)—APPEAL—RECOGNIZANCE.

An appeal from a conviction will be dismissed, where the recognizance is insufficient to confer jurisdiction on the appellate court.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2708–2716, 3201; Dec. Dig. § 1076.*]

Appeal from Wichita County Court; C. B. Felder, Judge.

George Bacon was convicted of adultery, and appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of adultery, and attempted to appeal. The recognizance is fatally defective.

The case is therefore dismissed.

DAVIDSON, J., absent.

━━━━

STEWART v. STATE.

(Court of Criminal Appeals of Texas. Dec. 23, 1913.)

CRIMINAL LAW (§ 1099*)—APPEAL—STATEMENT OF FACTS—APPROVAL.

A statement of facts not approved by the trial judge cannot be considered for any purpose.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2866–2880; Dec. Dig. § 1099.*]

Appeal from District Court, Angelina County; L. D. Guinn, Judge.

Willie Stewart was convicted of seduction, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant appeals from a conviction for seduction with his penalty fixed at five years in the penitentiary. There is with the record what was perhaps intended for a statement of facts, but it is not approved by the trial judge. It has no approval whatever upon it. Of course, this court cannot consider it for any purpose. There are no questions raised which can be considered in the absence of a statement of facts.

The judgment is affirmed.

DAVIDSON, J., absent.

━━━━

HUMPHRIES v. STATE.

(Court of Criminal Appeals of Texas. Dec. 23, 1913.)

CRIMINAL LAW (§ 1076*)—APPEAL—DEFECTIVE RECOGNIZANCE—EFFECT.

An appeal will be dismissed, where the recognizance is fatally defective.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2708–2716, 3201; Dec. Dig. § 1076.*]

Appeal from Wichita County Court; C. B. Felder, Judge.

Rose Humphries was convicted of crime, and she appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted for keeping a disorderly house, and attempts to appeal. The recognizance is fatally defective.

The appeal is therefore dismissed.

DAVIDSON, J., absent.